UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BRENDA MARIELA OTINIANO BRENA,           )
                                         )
                    Petitioner,          )
                                         )
          v.                             )          No. 1:26-cv-00931-JMS-MJD
                                         )
SAMUEL OLSON,                            )
MARKWAYNE MULLIN,                        )
TODD BLANCHE,                            )
TODD LYONS,                              )
RICHARD KELLY,                           )
NATASHA DOUGLAS,                         )
                                         )
                    Respondents.         )

**Order**

On May 20, 2026, the Court granted the petition for writ of habeas corpus to the extent that the Court ordered that no later than 5:00 p.m. on Tuesday, May 26, 2026, Respondents were required to either: (1) afford Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its regulations; or (2) release Petitioner from custody, under reasonable conditions of supervision.

On May 22, 2026, Petitioner filed an emergency motion seeking to enforce the Court's order. *See* dkt. 14. In it, Petitioner represented that, on May 21, Respondents scheduled a bond hearing for May 22, 2026, at 10:30 a.m. ET before an immigration judge in Indianapolis, as opposed to Chicago (where her removal proceedings are pending). *Id.* at ¶ 1-3. She states that her Chicago-based counsel was unable to attend the hearing. *Id.*

Federal Respondents have **through 12:00 p.m. on Tuesday, May 26, 2026,** to respond to Petitioner's motion [dkt. 14]. The response should include the results of the hearing held on May 22, 2026, and should address which immigration court was the appropriate venue to conduct the

bond hearing and any other relevant matters. Petitioner will have **through 12:00 p.m. on May 27, 2026,** to reply.

**SO ORDERED.**

May 22, 2026

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

2