UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRENDA MARIELA OTINIANO BRENA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00931-JMS-MJD |
| | ) | |
| SAMUEL OLSON, | ) | |
| MARKWAYNE MULLIN, | ) | |
| TODD BLANCHE, | ) | |
| TODD LYONS, | ) | |
| RICHARD KELLY, | ) | |
| SCOTT MAPLES, | ) | |
| | ) | |
| Respondents. | ) | |

**Order**

Petitioner has filed an emergency motion for release pending the adjudication of her amended motion to enforce and motion for preliminary injunction. Dkt. 25. The federal respondents have through **12:00 p.m. EST on June 5, 2026**, to file a response. Petitioner has through **2:00 p.m. EST on June 5, 2026**, to file a reply.

**IT IS SO ORDERED.**

Date: 6/4/2026

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel